UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH JIMINEZ, individually, and as successor in interest of Fernando Geovanni Llanez, deceased; FERNANDO LLANEZ, individually, and as successor in interest of Fernando Geovanni Llanez, deceased,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; CITY OF CHULA VISTA, a public entity; RONALDO RICARDO GONZALEZ, an individual; MARCUS OSORIO, an individual; CHRIS BARONI, an individual; ANGELA SANCHEZ, an individual; MICHAEL BURBANK, an individual; JEREMY DORN, an individual; ANTHONY CASTELLANOS, an individual; MARK MEREDITH, an individual; and DOES 1 to 100, inclusive<br><br>  Defendants. | Case No.:  3:17-cv-1205-BTM-AGS<br><br>**ORDER DISMISSING CASE** |

On June 1, 2020, the Court consolidated case 3:17-cv-01205 ("Initial Action") with case 3:18-cv-01269 ("Second Action") because "the Initial Action and Second Action involve[d] common questions of law and fact." (Initial Action, ECF No. 54 at 42.)  The Court made the Second Action the lead case and stated that "[a]ll further filings in these proceedings . . . shall be made in the Second Action alone." (*Id.*)

On September 15, 2021, the Court granted Defendants' Motion for Summary Judgment in the Second Action. (Second Action, ECF No. 40.) Because none of Plaintiffs' claims remained, the Court dismissed the Second Action. (*Id.*)

Because the Second Action has been dismissed, this case is also dismissed. The Clerk shall enter judgment accordingly and close the file.

**IT IS SO ORDERED.**

Dated: September 24, 2021

_____
Honorable Barry Ted Moskowitz
United States District Court